**Billy Earl SMITH, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 47998.

Missouri Court of Appeals,
Western District.

April 5, 1994.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for appellant.

Lew Kollias, Officer of the State Public Defender, Columbia, for respondent.

Before TURNAGE, C.J., and KENNEDY and HANNA, JJ.

### ORDER

PER CURIAM:

Appeal from denial of Rule 24.035 motion for postconviction relief without an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).

**Michael A. HOWARD, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 48353.

Missouri Court of Appeals,
Western District.

April 5, 1994.

Matthew J. O'Connor, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, P.J., and LOWENSTEIN and FENNER, JJ.

### ORDER

PER CURIAM.

Postconviction movant appeals the dismissal of his Rule 24.035 motion for untimely filing.

We affirm the judgment of dismissal. Rule 84.16(b).